# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JESUS CONTRERAS (2),<br><br>                Defendant. | Case No.: 20-CR-3525-TWR<br><br>**JUDGMENT OF DISMISSAL** |

Upon application of the Acting United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED AND ADJUDGED that the Information in the above-captioned case be dismissed without prejudice as to Defendant JESUS CONTRERAS.

IT IS FURTHER ORDERED that Defendant shall be released from custody in this case, and that any future hearing date be vacated.

DATED: May 12, 2021

_____
THE HONORABLE TODD W. ROBINSON
United States District Court Judge